**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X
MARGARITO DOMINGO JUSTO, on behalf of
himself and others similarly situated,

                             Plaintiff,                  Index No.: 20-cv-172(CS)

     - against -

EL MARINERO RESTAURANT INC. d/b/a EL
MARINERO ECUADORIAN RESTAURANT, et al.,

                           Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on February 4, 2020, Plaintiff filed a Complaint, which asserts claims for, *inter alia,* failure to pay overtime wages and liquidated statutory damages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the New York Labor Law;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia,* bona fide disputes over a provision(s) of the FLSA, the New York Labor Law, and/or time worked; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, including any claim for attorneys fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
      ~~March~~ **6**, 2021
      **April**

CILENTI & COOPER, PLLC                     BLEAKLEY PLATT & SCHMIDT, LLP


By:_____                By:_____
Justin Cilenti, Esq.                      Adam Rodriguez, Esq.
10 Grand Central                          One North Lexington Avenue
155 E. 44th Street – 6th Floor            White Plains, NY 10601
New York, New York 10017                  Tel.: (914) 287-6145
Tel.: (212) 209-3933                      Fax: (914) 683-6956
Fax: (212) 209-7102                       *Attorneys for Defendants*
*Attorneys for Plaintiff*


SO ORDERED.


_____   4/8/21
CATHY SEIBEL, U.S.D.J.